30862. BRINSKY *v.* CUNNINGHAM.

DECIDED JUNE 6, 1945.

*Willis Smith, A. B. Taylor,* for plaintiff in error.
*Emmett Smith,* contra.

GARDNER, J. Cunningham sued Brinsky to recover a sum of money which he alleged was his property. Brinsky filed a general denial. A verdict was returned in favor of Cunningham. Brinsky's motion for a new trial on the general and two special grounds was overruled, and he excepted.

■ While the evidence is conflicting, it is sufficient to sustain the verdict. This being so, this court is without authority to disturb it on the general grounds.

■ Special ground 2 is abandoned. Special ground 1 seeks to impeach the verdict by affidavit of four of the jurors. There is a sustaining affidavit from the juror who signed the verdict as foreman, which shows the unanimity of the jurors in returning the verdict. A juror will be heard to sustain, but never to impeach, his verdict. Code, § 110-109.

*Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*